The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| AMANDA DODS, | Case No. 3:24-cv-05170-TMC |
| Plaintiff, | STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES |
| v. | |
| UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE, | |
| Defendants. | Noted for Consideration: March 6, 2025 |

The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines, which were set forth in the Court's August 22, 2024, Order Setting Bench Trial and Pretrial Dates (Dkt. 16), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | March 24, 2025 | April 7, 2025 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit that good cause exists for extending this specific deadline. The parties have diligently worked to complete discovery in this case, including working with

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:24-cv-05170-TMC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  expert witnesses in anticipation of the March 24, 2025 expert witness disclosure deadline.
2  Defendant has engaged an expert witness who will perform a functional capacity exam of Plaintiff,
3  and the parties worked to set a date for the exam. Unfortunately, the only date that works for both
4  Plaintiff and the expert is March 20, 2025. The expert will need time to complete her report, which
5  will then be given to other experts engaged by Defendant. A two-week extension of this deadline
6  will allow Defendants' experts to complete her report and to have that report reviewed by other
7  experts. A short, two-week delay will still leave time for the parties to complete discovery under
8  the current deadline so that the trial date can remain in place.
9        For the reasons set forth above, the parties believe that there is good cause to request an
10 extension of the above-listed dates and respectfully request that the Court grant their motion.

11
12 //
13
14 //
15
16 //
17
18 //
19
20 //
21
22
23
24

STIPULATED MOTION AND ORDER  
FOR EXTENSION OF PRETRIAL DEADLINES  
[Case No. 3:24-cv-05170-TMC] - 2

**UNITED STATES ATTORNEY**  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
206-553-7970

1    SO STIPULATED.

2    DATED this 6th day of March, 2025.

3    Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MORGAN & KOONTZ, PLLC |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>JAMES C. STRONG, WSBA No. 59151<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:    206-553-4073<br>Email:  whitney.passmore@usdoj.gov<br>          james.strong@usdoj.gov | *s/ Mark E. Koontz*<br>MARK E. KOONTZ, WSBA No. 26212<br>2501 N. Alder Street<br>Tacoma, WA 98406<br>Phone: 253-761-4444<br>Fax:    253-752-1071<br>Email: mark@morgankoontz.com<br><br>*Attorney for Plaintiff* |

*Attorneys for United States of America*

*I certify that this memorandum contains 277 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:24-cv-05170-TMC] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial deadline is as follows:

| **Deadline** | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | April 7, 2025 |

Dated this 10th day of March, 2025.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 3:24-cv-05170-TMC] - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970